IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR228 |
| | ) | |
| JOHN M. BOUCHAL, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

UPON ORAL MOTION OF THE DEFENDANT,

IT IS ORDERED that the following are rescheduled for hearing on **October 26, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress Physical Evidence [12] and
  Motion to Produce Discovery [14]

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 14th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge