IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR228 |
| JOHN M. BOUCHAL, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is Defendant's Motion to Continue [17] the evidentiary hearing previously scheduled for October 26, 2005. The government has no objection to the continuance. Good cause being shown, the motion will be granted and the previously scheduled hearing will be continued.

IT IS ORDERED:

1. That the Defendant's Motion to Continue [17] is granted; and

2. That the evidentiary hearing on the Motion to Suppress Physical Evidence [12] and Motion to Produce Discovery [14] filed by the defendant is rescheduled to **December 2, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 19th day of October, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge