# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR228** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOHN M. BOUCHAL,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of S. Gregory Nelson to withdraw as counsel for the defendant, John M. Bouchal [21]. Counsel informs the court that defendant wishes the services of the Federal Public Defender. Good cause being shown, the Motion to Withdraw [21] is granted. Mr. Nelson shall forthwith provide the Assistant Federal Public Defender Michael F. Maloney with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Nelson which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 15th day of November, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge