IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR228 |
| JOHN M. BOUCHAL, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is Defendant's Motion to Continue [26] the evidentiary hearing previously scheduled for December 2, 2005. The government has no objection to the continuance. Good cause being shown, the motion will be granted and the previously scheduled hearing will be continued.

IT IS ORDERED:

1. That the Defendant's Motion to Continue [26] is granted; and

2. That the evidentiary hearing on the Motion to Suppress Physical Evidence [12] and Motion to Produce Discovery [14] filed by the defendant is rescheduled to **January 18, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 30th day of November, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge