IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:05CR228** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JOHN M. BOUCHAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Motion to Continue Sentencing filed by the Defendant, John M. Bouchal  (Filing No. 38).  The government has no objection to the motion.  For good cause shown, the motion shall be granted.

IT IS ORDERED:

1. The Motion to Continue Sentencing filed by the Defendant, John M. Bouchal (Filing No. 38) is granted;

2. Sentencing is rescheduled before District Judge Laurie Smith Camp on the **15th** day of May, 2006, at the hour of **9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 10th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge